UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELEAZAR MARCIAL, on behalf of himself
and all other persons similarly situated,

       Plaintiff,    <u>ORDER</u>

v.

              18-cv-00663 (PMH)

NEW HUDSON FAMILY RESTAURANT
INC. D/B/A HUDSON BUFFET, et al.,

       Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

  This matter has recently been reassigned to me. As there has been no activity on this docket since April 29, 2019, the parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by April 20, 2020.

Dated: New York, New York
    April 6, 2020

                _____
                Philip M. Halpern
                United States District Judge