UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ELEAZAR MARCIAL, on behalf of himself
and all other persons similarly situated,

                          Plaintiff,                        <u>ORDER</u>

v.

                                                18-cv-00663 (PMH)

NEW HUDSON FAMILY RESTAURANT
INC. D/B/A HUDSON BUFFET, et al.,

                        Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On 4/6/2020, the Court directed the parties to submit a status update to the Court by 4/20/2020 as there had been no activity on the docket since 4/29/2019. (Doc. 65). On 6/1/2020, the parties submitted a belated status letter, advising that they believed discovery was closed, and each intended to move for summary judgment. (Doc. 66). On 6/2/2020, the Court issued an Order referring the parties to its Individual Practices, and directing compliance therewith, in particular Rule 4(E) with respect to summary judgment motion practice. (Doc. 67). The Court further instructed the filing of a pre-motion letter in accordance with Rule 4(E)(vii) by 7/27/2020. (*Id.*). To date, neither party has submitted a pre-motion letter.

Accordingly, the Court has scheduled a telephone conference for 11/23/2020 at 11:15 a.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831. At the conference, the Court will set a date to begin jury selection and trial, and schedule a final pre-trial conference and the filing of pre-trial submissions pursuant to Individual Practices Rule 6.

SO ORDERED.

Dated: New York, New York
       October 26, 2020

                                   _____
                                   Philip M. Halpern
                                   United States District Judge