LIU & SHIELDS LLP
41-60 MAIN STREET, SUITE 208A
FLUSHING, NEW YORK 11355
TEL: 718-463-1868
FAX: 718-463-2883
SHIELDSCJ524@GMAIL.COM

January [date]

*BY ECF*

Hon. Philip M. Halpern, U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted. Pretrial submissions due 1/27/2021.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> January 26, 2021

Re: Re: *Marcial v. New Hudson Family Restaurant Inc. et al.*
Case Number 18-cv-00663-PMH-JCM
Defendants' emergency request for a 2-day extension of the deadline for both sides' pre-trial submissions
Original date:        January 25, 2021
Reason:               Death in defendants' attorney's family
No. previous requests: None
Adversary's position: Consents
Pre-trial conference: March 3, 2021

Your Honor:

I write on behalf of the defendants to request a two-day extension of time, through January 27, 2021, for both sides to file pretrial documents (motions *in limine*, voir dire, requests to charge, proposed verdict form, and pretrial memoranda).

The reason for the request is a death in the defendants' attorney's family on Friday, taking defendants' attorney's time for the past week and weekend, interrupting defendants' attorney's preparation time.

Plaintiffs consent to a mutual two-day extension of time through January 27, 2021, and that is what defendants request.

This is the first request for an extension of time of this deadline. Defendants believe it will not affect any other deadlines; the pretrial conference is scheduled for March 3, 2021.

Thank you.

Hon. Philip M. Halpern, U.S. District Judge
January 25, 2021
Page 2

                                             Respectfully submitted,

                                             *s/ Carolyn Shields*

                                             Carolyn Shields
                                             Attorney for Defendants

cc by ECF to:

Mr. David Stein, Esq.
Mr. David Nieporent, Esq.
Attorneys for Plaintiff