UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eleazar Marcial, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>- vs. -<br><br>New Hudson Family Restaurant Inc. d/b/a Hudson Buffet, Suzhen Ni, and John Does #1-10,<br><br>Defendants. | DOCKET NO. 18-cv-663<br>(JCM) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Eleazar Marcial, Mario Alberto Angel Leal, and Alberto Sandoval Popoca ("Plaintiffs"), and Defendants New Hudson Family Restaurant Inc. and Suzhen Ni ("Defendants"), that all of Plaintiffs' claims in the Complaint in the above-captioned action are dismissed, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Parties further agree that the Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement. Each Party shall bear his/its own costs and attorneys' fees.

Dated: June __ 2021

SAMUEL & STEIN

By: /s/ David Stein
David Stein

1441 Broadway, Suite 6085
New York, NY 10018
(212) 563-9884
Attorneys for Plaintiffs

LIU & SHIELDS LLP

By: s/ Carolyn Shields
Carolyn Shields

41-60 Main Street, Suite 208A
Flushing, NY 11355
(718) 463-1868
Attorneys for Defendants

**SO ORDERED:**

Based on my knowledge of the facts of this case, as well as consideration of the parties' joint letter in support of the settlement agreement and the terms of the parties' proposed Settlement Agreement and Release, (Docket No. 102-1), I find that the settlement agreement "reflects a fair and reasonable compromise of disputed issues" under *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012). I further find, based on my participation in a settlement with the parties on December 7, 2020, that the settlement is the product of extensive arm's-length negotiations between able counsel. Accordingly, the Court approves the settlement and dismisses this action with prejudice. The Clerk is respectfully requested to close the case.

_Judith C. McCarthy_  6-24-21
JUDITH C. McCARTHY
United States Magistrate Judge